IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ARACELI VILLALOBOS                                                                                    PLAINTIFF

vs.                                         Civil No. 6:23-cv-06021

KILOLO KIJAKAZI,                                                                                    DEFENDANT
Acting Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 26th day of October 2023, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE